United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                   Case No. 20-03246-HWV

Anna M Yocum                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                Page 1 of 2

Date Rcvd: Jan 26, 2021                       Form ID: ntcnfhrg                             Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna M Yocum, 437 Linton Hill Road, Duncannon, PA 17020-9714 |
| 5372140 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 5372142 | | NCFCU, PO Box 4521, Carol Stream, IL 60197-4521 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5372138 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2021 19:03:00 | Cavalry Portfolio Svcs., 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5372874 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2021 19:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5372139 | + | Email/Text: RMOpsSupport@alorica.com | Jan 26 2021 19:03:00 | Global Receivables Solution, 2703 N Highway 75, Sherman, TX 75090-2567 |
| 5384043 | | Email/Text: camanagement@mtb.com | Jan 26 2021 19:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5372141 | + | Email/Text: Bankruptcies@nragroup.com | Jan 26 2021 19:04:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5372143 | + | Email/PDF: cbp@onemainfinancial.com | Jan 26 2021 19:20:23 | OneMain Financial, 3401 Hartzdale Drive, Camp Hill, PA 17011-7238 |
| 5372146 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2021 19:20:50 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 5382773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2021 19:20:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5372145 | + | Email/Text: blegal@phfa.org | Jan 26 2021 19:03:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, 211 North Front St., Harrisburg, PA 17101-1406 |
| 5372147 | | Email/Text: amieg@stcol.com | Jan 26 2021 19:03:00 | State Collection Service, 2509 S. Stoughton Rd, Madison, WI 53716-3314 |
| 5372910 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 26 2021 19:20:48 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5372144 | ##+ | Penn Credit Corp., 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerry A. Philpott | on behalf of Debtor 1 Anna M Yocum PhilpottJ@aol.com campbellsk57@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anna M Yocum,           Chapter    13

**Debtor 1**

Case No.    1:20−bk−03246−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 3, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 10, 2021 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 26, 2021 |

ntcnfhrg (03/18)