UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANNA M. YOCUM : CHAPTER 13
    Debtor(s) :
  :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
  :
    vs. :
  :
ANNA M. YOCUM :
    Respondent(s) : CASE NO. 1-20-bk-03246

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 25th day of January, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

    2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.

    3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

      a. 2020 Federal Income Tax return.

    4. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

      a. Clarification of vesting of property.
      b. Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 2nd day of February, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jerry Philpott, Esquire
227 N. High Street
P.O. Box 116
Duncannon, PA 17020

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee2